Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TANNER OWENS,

               Plaintiff,

vs.

DISCOVER BANK and EQUIFAX INFORMATION SERVICES, LLC,

               Defendants.

Case No. 2:22-cv-01149-TL

**STIPULATED MOTON FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND [PROPOSED] ORDER**

Note on Motion Calendar: August 19, 2022

## STIPULATED MOTION

Defendant Equifax Information Services, LLC ("Equifax") and plaintiff Tanner Owens move the Court for an Order extending the deadline for Equifax to answer, plead, or otherwise respond to plaintiff's Complaint, up to and including September 19, 2022.

1. Plaintiff filed this Complaint on July 25, 2022.

2. Equifax was served with the Complaint on July 29, 2022.

3. Equifax's time to respond to the Complaint is currently August 19, 2022.

4. Equifax requests additional time to file its responsive pleading through and including September 19, 2022, so that the parties may engage in settlement

**Page 1 - DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STIPULATED MOTION FOR EXTENSION AND [PROPOSED] ORDER; case no. 2:22-cv-01149-TL**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085

negotiations.

5. Plaintiff consent to this motion.

6. The request is made in good faith and not for the purpose of delay.

7. Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

Wherefore, both parties respectfully request that this Court grant defendant Equifax an extension of time up to and including September 19, 2022, within which to serve its responses to the Complaint.

DATED August 19, 2022.

MARKOWITZ HERBOLD PC

By: *s/ Jeffrey M. Edelson*
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

Attorneys for Defendant Equifax Information Services, LLC

SANDERS LAW GROUP

By: *s/ Craig B. Sanders*
Craig B. Sanders
csanders@sanderslaw.group

Attorneys for Plaintiff

**Page 2 -** DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STIPULATED MOTION FOR EXTENSION AND [PROPOSED] ORDER; case no. 2:22-cv-01149-TL

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by September 19, 2022.

DATED : 19th day of August 2022.

_____
Tana Lin
United States District Judge